UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00190-FDW-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFAULT JUDGMENT** |
| ) | |
| MARTHA A. DRAGOVICH and ) | |
| MIRKO DRAGOVICH, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion for Default Judgment, (Doc. No. 12), against Defendants Mirko Dragovich and Martha A. Dragovich. After considering the Motion, the declarations and documents in support thereof, and other matters of record, the Court finds:

1. The Complaint in this action was filed on April 28, 2022 (Doc. No. 1).

2. Service of process required by Fed. R. Civ. P. 4 was made on Defendants June 2, 2022 (Doc. No. 3).

3. Defendants were required to file an answer or other responsive pleading within 21 days after being served under Fed. R. Civ. P. 12(a)(1)(A)(i).

4. Defendants did not file an answer in the above captioned action.

5. Defendants, approximately six months after service on December 6, 2022, mailed miscellaneous documentation (Doc. No. 5) which this Court determined to be insufficient to constitute an answer or responsive pleading. (Doc. No. 6, p. 2–3.)

6. This Court entered default against Defendants on January 12, 2023 (Doc. No. 6).

1

7. The Government seeks damages against Defendants of a sum certain of $1,257,025.65 as of August 21, 2023, evidenced by IRS documents and Declarations filed by the Government (Doc. Nos. 12–12-6).

**IT IS THEREFORE ORDERED** that, pursuant to Fed. R. Civ. P. 55(b), the Court enters judgment against Defendants Mirko Dragovich and Martha A. Dragovich in favor of the United States of America for their federal income tax liabilities for 2007, 2008, 2009, 2010, 2011, 2012, 2014 and 2015, in the amount of $1,257,025.65 as of August 21, 2023, with statutory additions, and interest accruing after that date until paid in full.

**IT IS FURTHER ORDERED** that the Government's Motion, (Doc. No. 12), is GRANTED.

**IT IS SO ORDERED.**

Signed: February 13, 2024

_____
Frank D. Whitney
United States District Judge